UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LOGSDON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:23-CV-00349-JAH-JLB<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT**<br><br>**(ECF No. 3).** |

　　　　Pending before the Court is Plaintiff Kelly Logsdon and Defendant Wells Fargo Bank, N.A.'s joint motion, captioned as a stipulation,[1] stipulating that Plaintiff file a first amended complaint by March 31, 2023, adding the current owner of the property at issue as a co-defendant. (ECF No. 3 at 2). The Parties further request that Defendant Wells Fargo shall file a responsive pleading to the amended complaint by April 8, 2023. (*Id.* at 3). Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. Accordingly,

///

///

---

[1] "Any stipulation for which court approval is sought must first be filed as a 'joint motion.'" CivLR 7.2.b.

1. Plaintiff shall file and serve a first amended complaint by March 31, 2023.

2. Defendant Wells Fargo shall file a responsive pleading to the amended complaint by April 8, 2023.

**IT IS SO ORDERED.**

DATED: February 27, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE